# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-1233**

**September Term, 2022**

**FCC-21-114**

**Filed On:** December 20, 2022

China Telecom (Americas) Corporation,

      Petitioner

    v.

Federal Communications Commission and
United States of America,

      Respondents


    **BEFORE:**   Henderson and Katsas, Circuit Judges; Edwards, Senior Circuit
             Judge


# <u>UNDER SEAL OPINION</u>
# <u>NOT AVAILABLE TO PUBLIC</u>